## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>JIANGSU GUYU INTERNATIONAL TRADING CO., LTD., *et al.*,<br>    *Defendant-Intervenors*. | Ct. No. 21-00595<br><br>Before: M. Miller Baker, Judge |

## ORDER

The court hereby **RESCHEDULES** the oral argument on Plaintiffs' motion for judgment on the agency record (ECF 33) and **ORDERS** that oral argument will take place at 10:00 a.m. on Tuesday, March 21, 2023, in Courtroom 1 of the James L. Watson Courthouse, U.S. Court of International Trade, 1 Federal Plaza, New York, New York.

The court further **ORDERS** that counsel who would prefer to appear remotely via Webex videoconference may do so. Counsel wishing to appear remotely must inform the Case Manager, Casey Anne Cheevers, at 212-264-1615 no later than Friday, March 10, 2023.

Dated:    January 9, 2023                               /s/ *M. Miller Baker*
              New York, New York                    M. Miller Baker, Judge